# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 14, 2018

## NO. 03-18-00368-CR

### Ex parte Christian Rodriguez

**APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BOURLAND**

This is an appeal from the denial of habeas corpus relief by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.